No. 101. SEMINOLE NATION *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Court

of Claims denied. *Messrs. Paul M. Niebell, W. W. Pryor* and *C. Maurice Weidemeyer* for petitioner. *Acting Solicitor General Cox, Messrs. J. Edward Williams, Roger P. Marquis, John C. Harrington* and *Walter J. Cummings, Jr.* for the United States.